

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00149-CR

| | | |
|---|---|---|
| ANTWONE MONTRELL FREEMAN, Appellant | § | On Appeal from |
| | § | County Criminal Court No. 1 |
| | § | of Tarrant County (1563854) |
| V. | § | September 19, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
     Justice Lee Gabriel